■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER MIDOUIN, Appellant. [684 NYS2d 902] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Pitaro, J.), rendered March 2, 1995.

Ordered that the judgment is affirmed (*see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9). S. Miller, J. P., Sullivan, Friedmann and Luciano, JJ., concur.